**Mittie FLEMING, Plaintiff–Appellant,**

v.

**Allen Lee CRANE, Insured by State Farm Insurance Group, Defendant–Appellee.**

No. 03–10364.
Conference Calendar

United States Court of Appeals, Fifth Circuit.

Dec. 10, 2003.

Mittie Fleming, pro se, Dallas, TX, for Plaintiff–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

IT IS ORDERED that the motion by Mittie Fleming for reconsideration of the Deputy Clerk's order denying her leave to appeal *in forma pauperis* (IFP) is DE-NIED. Payment of the appellate filing fee would not be an undue hardship. *See Adkins v. E.I. DuPont de Nemours & Co.,* 335 U.S. 331, 339, 69 S.Ct. 85, 93 L.Ed. 43 (1948). Additionally, Fleming has not

shown a nonfrivolous issue for appeal. *See Carson v. Polley* 689 F.2d 562, 586 (5th Cir.1982). The appeal is DISMISSED as frivolous. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.